| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

December 12, 2019

LETTER TO COUNSEL

    Re:    *Campbell v. Citizens Financial Group, Inc., et al.*
             Civil No.: ELH-19-3240

Dear Counsel:

     A conference call has been set for January 9, 2020, at 4:30 p.m., to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call to defense counsel and then to chambers.

     Enclosed is a draft scheduling order with proposed dates for your review. Please consult with one another before the call and be prepared to discuss (1) whether you would like to participate in a settlement conference either before or after the completion of discovery; (2) whether discovery of electronically stored information may be necessary; (3) any changes to the dates in the form scheduling order; (4) whether you would like to defer any of the expert discovery until after summary judgment motions are resolved; (5) the number of deposition hours that will be needed; and (6) whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

                                           Sincerely,

                                           /s/

                                           Ellen Lipton Hollander
                                           U.S. District Judge